UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LILLIAN LOLLAR, | No. 1:11-CV-04451 NJV |
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE |
| v. | |
| CREDIT BUREAU OF UKIAH, INC., | |
| Defendant. | |

On December 21, 2011, Plaintiff filed a notice of voluntary dismissal of this case with prejudice pursuant to Rule 41(A)(1)(a)(I), Federal Rules of Civil Procedure. (Docket No. 9.) Accordingly, this case is HEREBY DISMISSED with prejudice. The Clerk is directed to close this case.

Dated: January 24, 2012

NANDOR J. VADAS
United States Magistrate Judge